**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KARIAH ANDERSON,

      Plaintiff,

v.                             Case No.   3:24-cv-362-MMH-LLL

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

      Defendant.

_____/

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal of Defendant Without Prejudice (Dkt. No. 26; Notice) filed on August 5, 2024. In the Notice, Plaintiff requests dismissal, without prejudice, of the claims raised against Defendant Consolidated Recovery Group, LLC. See Notice at 1. Upon review of the docket, the Court notes that this Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.    The claims raised against Defendant Consolidated Recovery Group, LLC are **DISMISSED without prejudice**.

2.      The Clerk of the Court is directed to terminate this Defendant.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of August, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record