# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**KARIAH ANDERSON,**

   Plaintiff,                                        **CASE NO.: 3:24-cv-362**

vs.

**EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and
CONSOLIDATED RECOVERY GROUP, LLC,**

   **Defendants.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
### [As to Experian Information Solutions, Inc., Only]

Plaintiff, KARIAH ANDERSON, and Defendants, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal, with prejudice, of Defendant Experian Information Solutions, Inc., with each party to bear their own costs and attorneys' fees.

Dated this 4th day of November, 2024.

| | |
|---|---|
| */s/ Max Story* | */s/ Maria H. Ruiz* |
| Max Story | Maria H. Ruiz |
| Florida Bar No.: 527238 | Florida Bar No.: 182923 |
| Austin J. Griffin | Kasowitz Benson Torres LLP |
| Florida Bar. No.: 117740 | 1441 Brickell Avenue, Suite 1420 |
| Story Griffin | Miami, FL 33131 |
| 328 2nd Avenue North, Suite 100 | Telephone: (786) 587-1044 |
| Jacksonville Beach, FL 32250 | MRuiz@Kasowitz.com |
| Telephone: (904) 372-4109 | |
| max@storylawgroup.com | *Attorney for Defendant Experian* |
| austin@storylawgroup.com | *Information Solutions, Inc.* |

*Attorney for Plaintiff*

        /s/Ritika Singh
        Ritika Singh
        Florida Bar No. 1016708
        6900 N. Dallas Parkway
        Suite 800
        Plano, TX 75024
        (214) 560-5442
        rsingh@qslwm.com
        *Attorney for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on November 4, 2024, via the Clerk of Court's CM/ECF system which will provide electronic notice to all counsel of record.

        */s/ Max Story, Esq.*
        Max Story, Esquire
        Florida Bar No.: 527238