UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KARIAH ANDERSON,

    Plaintiff,

v.      Case No. 3:24-cv-362-MMH-LLL

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice as to Experian Information Solutions, Inc. Only (Dkt. No. 28; Stipulation) filed on November 4, 2024. In the Stipulation, the parties request dismissal, with prejudice, of the claims between Plaintiff and Defendant Experian Information Solutions, Inc. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. The claims between Plaintiff and Defendant Experian Information Solutions, Inc. are **DISMISSED with prejudice**.

2. Each party shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate this Defendant.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of November, 2024.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record