# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KARIAH ANDERSON,

    Plaintiff,

v.                                    Case No.  3:24-cv-362-MMH-LLL

TRANS UNION, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice as to Trans Union, LLC (Dkt. No. 30; Stipulation) filed on January 14, 2025. In the Stipulation, the parties request dismissal, with prejudice, of the claims between Plaintiff and Defendant Trans Union, LLC. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. The claims between Plaintiff and Defendant Trans Union, LLC are **DISMISSED with prejudice**.

2. Each party shall bear their own attorneys' fees and costs.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of January, 2025.

                                          MARCIA MORALES HOWARD
                                          United States District Judge

ja

Copies to:

Counsel of Record